John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 834191

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-62508 | 001-0 | JOHN W COCHRAN JR<br>Original Check written to:<br>21ST MORTGAGE CORPORATION<br>607 MARKET ST #521<br>KNOXVILLE, TN  37902 | xx5882 | 0.00 | 28.37 | 0.00 | 28.37 |
| 06-60069 | 001-1 | LESLY S ARIAS<br>Original Check written to:<br>21ST MORTGAGE CORPORATION<br>607 MARKET ST #521<br>KNOXVILLE, TN  37902 | x6481 | 10,126.27 | 253.49 | 0.00 | 253.49 |
| 06-60190 | 006-0 | WILMA R LAWSON<br>Original Check written to:<br>FIRST AMERICAN INVESTMENT CO LLC<br>2805 WEHRLE DR<br>SUITE 11<br>WILLIAMSVILLE, NY  14221 | xx8293 | 5,705.69 | 488.36 | 0.00 | 488.36 |
| 06-60446 | 002-1 | RICKEY L. NORTHCOTT<br>Original Check written to:<br>AMC MORTGAGE SERVICES<br>DELAWARE AMC MORTGAGE SERVICES INC<br>P O BOX 769<br>ORANGE, CA  92866-9998 | xxxxxx6588 | 0.00 | 29.62 | 0.00 | 29.62 |